# UNITED STATES DISTRICT COURT

### for the
### Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>DAVID BANUELOS<br>*Defendant(s)* | Case Number: 19-30022-SMY-01 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DAVID BANUELOS                                                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 – 21:846 Conspiracy to Distribute Methamphetamine
Count 2 – 21:846 Conspiracy to Distribute Cocaine
Counts 8&9 – 18:1956(a)(3)(B) Laundering of Money Instruments (Sting Provision)


Date:  February 20, 2019

                                                                        *Issuing officer's signature*

City and state:   East St. Louis, IL

                                                                        MARGARET M. ROBERTIE, Clerk of Court
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . |
| Date: _____ <br><br>                                                                        *Arresting officer's signature* <br><br>                                                                        *Printed name and title* |

AO-442  (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)